**UNDER SEAL**



FILED 2019 MAY -8 PM 4:46 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. RIVERSIDE

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

September 2018 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CHARLEAN NICOLE SIMMONS,<br>  aka "Ethlin Joy Ann<br>     Simmons,"<br>  aka "Little Mamma,"<br><br>    Defendant. | ED CR No. 19-0150 PSG<br><br>I N D I C T M E N T<br><br>[21 U.S.C. §§ 841(a)(1),<br>(b)(1)(A)(viii), (b)(1)(B)(viii):<br>Possession with Intent to<br>Distribute, and Distribution of,<br>Methamphetamine; 18 U.S.C.<br>§ 922(g)(1): Felon in Possession<br>of a Firearm and Ammunition] |

The Grand Jury charges:

COUNT ONE

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

On or about May 10, 2018, in Riverside County, within the Central District of California, defendant CHARLEAN NICOLE SIMMONS, also known as ("aka") "Ethlin Joy Ann Simmons," aka "Little Mamma," knowingly and intentionally possessed with intent to distribute at least 50 grams, that is, approximately 113.1 grams, of methamphetamine, a Schedule II controlled substance.

COUNT TWO

[21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii)]

On or about March 26, 2019, in Riverside County, within the Central District of California, defendant CHARLEAN NICOLE SIMMONS, also known as ("aka") "Ethlin Joy Ann Simmons," aka "Little Mamma," knowingly and intentionally distributed at least five grams, that is, approximately 6.14 grams, of methamphetamine, a Schedule II controlled substance.

COUNT THREE

[18 U.S.C. § 922(g)(1)]

On or about March 26, 2019, in Riverside County, within the Central District of California, defendant CHARLEAN NICOLE SIMMONS, also known as ("aka") "Ethlin Joy Ann Simmons," aka "Little Mamma" ("SIMMONS"), knowingly possessed a firearm, namely, a Hi-Point model C9, 9 mm Luger semi-automatic pistol, bearing serial number P1697807, and ammunition, namely, 38 rounds of Winchester 9 mm Luger ammunition and 20 rounds of Tula 9 mm Luger ammunition, in and affecting interstate and foreign commerce.

Such possession occurred after defendant SIMMONS had been convicted of at least one of the following felony crimes, each punishable by a term of imprisonment exceeding one year:

1. Possession of a Controlled Substance, in violation of California Health and Safety Code Section 11350, in the Superior Court of the State of California, County of Riverside, case number RIF088430, on or about October 25, 1999;

2. Possession of a Controlled Substance, in violation of California Health and Safety Code Section 11350(a), in the Superior Court of the State of California, County of Riverside, case number RIF109212, on or about April 14, 2003;

3. Possession of a Controlled Substance, in violation of California Health and Safety Code Section 11350, in the Superior Court of the State of California, County of Riverside, case number RIF119306, on or about October 15, 2004;

4. Identification Theft to Make Other Person Liable, in violation of California Penal Code Section 529(3), in the Superior

Court of the State of California, County of Riverside, case number RIF128121, on or about April 3, 2006;

    5.    Theft, in violation of California Penal Code Section 484, in the Superior Court of the State of California, County of Riverside, case number RIF145714, on or about December 23, 2008;

    6.    Destruction of Jail Property, in violation of California Penal Code Section 4600(a), in the Superior Court of the State of California, County of Riverside, case number BAF006288, on or about January 23, 2009;

    7.    Possession of a Controlled Substance, in violation of California Health and Safety Code Section 11350(a), in the Superior Court of the State of California, County of Riverside, case number RIF153357, on or about December 18, 2009;

    8.    Possession of a Controlled Substance With Priors, in violation of California Health and Safety Code Section 11377(a), in the Superior Court of the State of California, County of Riverside, case number RIF1103209, on or about November 14, 2011; and

    9.    Import/Sale/Distribution of Controlled Substances Into the State, in violation of California Health and Safety Code Section 11379(a), in the Superior Court of the State of California, County of Riverside, case number RIF1102941, on or about November 14, 2011.

COUNT FOUR

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

On or about March 26, 2019, in Riverside County, within the Central District of California, defendant CHARLEAN NICOLE SIMMONS, also known as ("aka") "Ethlin Joy Ann Simmons," aka "Little Mamma," knowingly and intentionally distributed at least 50 grams, that is, approximately 450.42 grams, of methamphetamine, a Schedule II controlled substance.

A TRUE BILL

_____/S/_____
Foreperson

NICOLA T. HANNA
United States Attorney

*[signature]*

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

JOSEPH B. WIDMAN
Assistant United States Attorney
Chief, Riverside Branch Office

JULIUS J. NAM
Assistant United States Attorney
Riverside Branch Office