

**UNDER SEAL**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

## CASE SUMMARY

Case Number  **ED CR 19-0150 PSG**     Defendant Number  **1**

U.S.A. v.  **CHARLEAN NICOLE SIMMONS**     Year of Birth  **1981**

[✓] Indictment     [ ] Information     Investigative agency (FBI, DEA, etc.)  **ATF**

**NOTE: All items MUST be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."**

### OFFENSE/VENUE

a. Offense charged as a:

[ ] Class A Misdemeanor  [ ] Minor Offense  [ ] Petty Offense
[ ] Class B Misdemeanor  [ ] Class C Misdemeanor  [✓] Felony

b. Date of Offense   **on or about May 10, 2018**

c. County in which first offense occurred

   **Riverside**

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):

   [ ] Los Angeles       [ ] Ventura
   [ ] Orange            [ ] Santa Barbara
   [✓] Riverside         [ ] San Luis Obispo
   [ ] San Bernardino    [ ] Other

Citation of Offense  **21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), (b)(1)(B)(viii) and 18 U.S.C. § 922(g)(1)**

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:

[ ] Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)
[✓] Eastern (Riverside and San Bernardino)   [ ] Southern (Orange)

### RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?

[✓] No   [ ] Yes

If "Yes," Case Number:     **N/A**

Pursuant to General Order 19-03, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**):     **N/A**

### PREVIOUSLY FILED COMPLAINT/CVB CITATION

A complaint/CVB citation was previously filed on:  **N/A**

Case Number:

Assigned Judge:

Charging:

The complaint/CVB citation:
   [ ] is still pending
   [ ] was dismissed on:

### PREVIOUS COUNSEL

Was defendant previously represented?  [✓] No   [ ] Yes

IF YES, provide Name:     **N/A**

   Phone Number:

### COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
   [ ] Yes*   [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
   [ ] Yes*   [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

### SUPERSEDING INDICTMENT/INFORMATION

IS THIS A NEW DEFENDANT?   [ ] Yes   [✓] No

This is the  **N/A**  superseding charge (i.e., 1st, 2nd).

The superseding case was previously filed on:

Case Number

The superseded case:

[ ] is still pending before Judge/Magistrate Judge

[ ] was previously dismissed on

Are there 8 or more defendants in the superseding case?
   [ ] Yes*   [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
   [ ] Yes*   [✓] No

Was a Notice of Complex Case filed on the Indictment or Information?
   [ ] Yes   [✓] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CASE SUMMARY

**INTERPRETER**

Is an interpreter required?  ☐ YES  ☑ NO

IF YES, list language and/or dialect: _____

**OTHER**

☐ Male  ☑ Female
☑ U.S. Citizen  ☐ Alien

Alias Name(s): "Ethlin Joy Ann Simmons"
"Little Mamma"

This defendant is charged in:
☑ All counts
☐ Only counts: _____

☐ This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).

Is defendant a juvenile?  ☐ Yes  ☑ No
IF YES, should matter be sealed?  ☐ Yes  ☐ No

The area(s) of substantive law that will be involved in this case include(s):
☐ financial institution fraud
☐ government fraud
☐ environmental issues
☑ narcotics offenses
☑ violent crimes/firearms
☐ Other _____
☐ public corruption
☐ tax offenses
☐ mail/wire fraud
☐ immigration offenses
☐ corporate fraud

**CUSTODY STATUS**

<u>Defendant is **not in custody**</u>:
a. Date and time of arrest on complaint: _____
b. Posted bond at complaint level on: _____
    in the amount of $ _____
c. PSA supervision?  ☐ Yes  ☐ No
d. Is on bail or release from another district: _____

<u>Defendant is **in custody**</u>:
a. Place of incarceration:  ☐ State  ☐ Federal
b. Name of Institution: _____
c. If Federal, U.S. Marshals Service Registration Number: _____
d. ☐ Solely on this charge. Date and time of arrest: _____
e. On another conviction:  ☐ Yes  ☐ No
    IF YES:  ☐ State  ☐ Federal  ☐ Writ of Issue
f. Awaiting trial on other charges:  ☐ Yes  ☐ No
    IF YES:  ☐ State  ☐ Federal  AND
Name of Court: _____
Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.Cr.P.  ____ 20  ____ 21  ____ 40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: _____

Date  05/07/2019

Signature of Assistant U.S. Attorney
JULIUS J. NAM
Print Name