# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 5:19-CR-00150-PSG     Recorder: CS 05/10/2019     Date: 05/10/2019

Present: The Honorable Sheri Pym, U.S. Magistrate Judge

Court Clerk: John Lopez     Assistant U.S. Attorney: Julius Nam

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| Charlean Nicole Simmons<br>Custody | Robert Scott, CJA | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE.**

Government orally moves to unseal the indictment. Request granted by Court.

Defendant is arraigned and states true name is as charged.

Defendant is given a copy of the Indictment.

Defendant acknowledges receipt of a copy and waives reading thereof.

The Court appoints Robert Scott, CJA Panel, as counsel for all further proceedings for defendant.

Financial affidavit is submitted and filed.

Defendant's first appearance.
Government moves for Permanent Detention of the defendant. Detention Hearing is held., Court grants the Government's request and orders the defendant permanently detained.

Defendant pleads not guilty to all counts in the Indictment.

This case is assigned to the calendar of District Judge Philip S. Gutierrez.
It is ordered that the following date(s) and time(s) are set:
    Jury Trial 7/2/2019 at 9:00 AM
    Status Conference 6/17/2019 at 10:00 AM
    Defendant and counsel are ordered to appear before said judge at the time and date indicated.

The defendant is committed to the custody of the US Marshal.

First Appearance/Appointment of Counsel: : 05
PIA: 00 : 02
Initials of Deputy Clerk: jlo

cc: Statistics Clerk, PSALA PSAED, USMED

---

CR-85 (09/12)     CRIMINAL MINUTES - ARRAIGNMENT     Page 1 of 1