UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No.: | ED CR 19-150(A)-PSG | Date | October 8, 2021 |
|---|---|---|---|

| Present: The Honorable: | Philip S. Gutierrez, United States Chief District Judge |
|---|---|
| Interpreter: | None |

| W. Hernandez | CourtSmart | Eli Alcaraz |
|---|---|---|
| Relief Deputy Clerk | Court Reporter/Recorder, Tape | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| CHARLEAN NICOLE SIMMONS (VIDEO) | X | X | | Gabriel Pardo | X | | X |

| Proceedings: | Arraignment and Change of Plea Hearing |
|---|---|

The defendant, appearing by video conference, is arraigned on the First Superseding Indictment.

The defendant acknowledges receipt of the Superseding Indictment and waives reading thereof.

The Court proceeds to the Change of Plea Hearing.

The defendant moves to change plea to the First Superseding Indictment.

The defendant now enters a new and different plea of Guilty to Count 4 of the First Superseding Indictment.

The Court questions the defendant regarding plea of Guilty and finds it knowledgeable and voluntary and orders the plea accepted and entered.

The Court refers the defendant to the Probation Office for investigation and report and continues the matter to January 28, 2022 at 10am for sentencing.

The Court vacates the jury trial date.

: 28

Initials of Deputy Clerk     wkh